United States District Court
Northern District of New York

# JUDGMENT

RICHARD T. CORVETTI

                               Appellant

           VS.                                        1:06-CV-537 (FJS)

PAUL S. HUDSON

                               Appellee

[X]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Memorandum-Decision & Order, dated February 15, 2006 is affirmed, and Appellee Hudson's requests for litigation expenses and sanctions are denied.

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, Jr., dated the 9th day of July, 2007.


**JULY 16, 2007**                                     **LAWRENCE K. BAERMAN**

**DATE**                                                  **CLERK OF COURT**

                                                                  s/

                                                   **JOANNE BLESKOSKI**
                                                 **DEPUTY CLERK**